# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 23-06757-DTB**                                             Date: **December 6, 2023**

Title:  **Damon Eric Cooper, Jr. v. Kilolo Kijakazi**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT(S):
           None present                                                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 17, 2023, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security.   (Dkt. # 1.)

On October 17, 2023, Defendant filed an Answer (Dkt. # 9).   Plaintiff's Opening Brief was due on or before November 17, 2023.   To date, Plaintiff's Opening Brief has not been filed with the Court.

Accordingly, Plaintiff is ordered to show cause no later than December 31, 2023, why this case should not be dismissed for failure to prosecute.   The filing of Plaintiff's Opening Brief by December 31, 2023 shall constitute compliance with this Order.

**IT IS SO ORDERED**.